Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
E-mail: shapiro.lara@gmail.com
Attorney for Plaintiff, Jennifer Epstein

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/DIVISION

| | |
|---|---|
| JENNIFER EPSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC., et. al.,<br><br>Defendants. | CASE NO.: 3:11-cv-03984-MEJ<br><br>**CASE MANAGEMENT STATEMENT AND REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Fed. R. Civ. P. 26(f)<br>Date: December 1, 2011<br>Time: 10:00 A.M.<br>Courtroom B, 15th Fl. – San Francisco<br><br>Hon. Maria- Elena James |

Plaintiff JENNIFER EPSTEIN ("Plaintiff") submits this report in accordance with Rule 26(f) of the Federal Rules of Civil Procedure, and states that the Defendant has executed a waiver of service of process, the defendant's

answer is now due on January 17, 2012, and the parties are still engaging in early settlement discussions. Plaintiff, on behalf of herself and Defendant requests the Scheduling Conference be continued to a time following the Defendant's Answer.

**1. Jurisdiction and Service**

Jurisdiction is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337. Defendant executed a waiver of service, filed November 9, 2011, Document 8. Defendant's Answer is due on January 17, 2012.

**2. Facts**

Plaintiff alleges that the Defendant contacted Plaintiff at her place of employment after being told not to contact her at work. Defendant told Plaintiff "We can take you to court." Defendant has not initiated legal action and does not have legal standing to do so.

Plaintiff also alleges that the Defendant contacted the secretary at her place of employment, and without Plaintiff's consent, alerted the secretary of Plaintiff's alleged debt, and repeatedly called asking to speak with Plaintiff.

Defendant has not yet filed its answer.

**3. Legal Issues**

Whether or not the Defendant's conduct violated the FDCPA.

**4. Motions**

There are no current motions and no motions anticipated at this time.

**5. Amendment of Pleadings**

Plaintiff does not intend to amend her pleadings.

**6. Evidence Preservation**

Plaintiff does not have any tape recordings or evidence to preserve other than testimony.

**7. Disclosures**

Disclosures will be made by January 31, 2012.

**8. Discovery**

No discovery has yet taken place, the scope of discovery includes evidence of Plaintiff's claims and evidence of Defendant's defenses. No discovery plan can be made without the Defendant's input.

**9. Class Actions**

This is not a class action.

**10. Related Cases**

None.

**11. Relief**

Plaintiff seeks statutory damages of $1000 and reasonable attorney fees and costs.

**12. Settlement and ADR**

The parties are engaging in early settlement discussions. At this time, no agreement as to the ADR procedure has been reached because Defendant has not yet filed its Answer.

**13. Consent to Magistrate**

Plaintiff has consented to a magistrate judge for all purposes. Defendant has not yet consented or declined.

**14. Other References**

The Defendant has not yet answered and therefore the case cannot be suitable for alternative disposition.

**15. Narrowing of Issues**

At this time there are no issues that can be narrowed by motion or stipulation.

**16. Expedited Trial Procedure**

The Defendant has not yet answered so it cannot be agreed upon whether or not the case is suitable for expedited trial procedure.

**17. Scheduling**

No proposed dates can be given until Defendant answers and appears.

1  **18.    Trial**

2  Plaintiff requests a jury trial and expects a three day trial.

3  **19.    Disclosure of Non-party Interested Entities or Persons**

4  Plaintiff has filed the Certificate of Interested Entities or Persons, there are
5  none. Defendant has not yet filed its answer or other documents.

6  **20.    Other Matters**

7  There are no other matters at this time.

8
9  DATED:  November 29, 2011

10
11                          By  /s/ *Lara Shapiro*
                                Lara Shapiro
12                              Attorneys for Plaintiff, Jennifer Epstein

13
14  DATED:  November 29, 2011

