**GRANTED**
/s/ Judge Maria-Elena James

Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
E-mail: shapiro.lara@gmail.com
Attorney for Plaintiff, Jennifer Epstein

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/DIVISION

| | |
|---|---|
| JENNIFER EPSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>DIVERSIFIED COLLECTION SERVICES, INC., et. al.,<br><br>Defendants. | CASE NO.: 3:11-cv-03984-MEJ<br><br>**NOTICE OF SETTLEMENT AND REQUEST FOR CASE MANAGEMENT CONFERENCE TO BE TAKEN OFF CALENDAR** |

Please take notice that the parties have settled the case in its entirety and the Plaintiff will file a dismissal within thirty (30) days. Based on the Settlement, Plaintiff requests that the Case Management Conference for tomorrow be taken off calendar.

DATED:  January 31, 2012

By /s/ *Lara Shapiro*
Lara Shapiro, Attorneys for Plaintiff, Jennifer Epstein