# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| JENNIFER EPSTEIN, | No. C 11-3984 MEJ |
| Plaintiff, | **ORDER RE STATUS** |
| v. | |
| DIVERSIFIED COLLECTION SERVICES, INC., et al., | |
| Defendants. | |

On January 31, 2012, Plaintiff notified the Court that the parties have settled this case in its entirety and that she would file a dismissal within thirty (30) days. Dkt No. 10. Based on the settlement, the Court vacated the Case Management Conference. Dkt. No. 11. As no dismissal has been filed, the Court ORDERS Plaintiff to file a status report or dismissal by March 22, 2012.

**IT IS SO ORDERED.**

Dated: March 12, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge