Lara R. Shapiro (SBN 227194)
4335 Marina City Dr. # 742
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
E-mail: shapiro.lara@gmail.com
Attorney for Plaintiff, Jennifer Epstein

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/DIVISION

| | |
|---|---|
| JENNIFER EPSTEIN, <br><br> Plaintiff, <br><br> vs. <br><br> DIVERSIFIED COLLECTION SERVICES, INC., et. al., <br><br> Defendants. | CASE NO.: 3:11-cv-03984-MEJ <br><br> **VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)** |

Please take notice that the Plaintiff voluntarily dismisses her complaint with prejudice pursuant to FRCP 41(a)(1).

DATED: March 12, 2012

By /s/ *Lara Shapiro*
Lara Shapiro, Attorneys for Plaintiff, Jennifer Epstein